IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL KANE CRAWFORD,

    Plaintiff,

v.                                             Case No. 4:18cv451-MW/MJF

MERIDIAN,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** *without prejudice* for Plaintiff's failure to (1) pay the filing fee or properly complete a motion to proceed *in forma pauperis*; (2) abide by Local Rule 5.7(A); and (3) comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED** on January 17, 2019.

                                             **s/Mark E. Walker**
                                             **Chief United States District Judge**